IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:21-cr-1-DCB-LGI

ADAM BRUMFIELD

### ORDER VACATING AGREED PRELIMINARY ORDER OF FORFEITURE AND ORDERING A RETURN OF PROPERTY

Before this Court is the United States of America's Motion to Vacate an Agreed Preliminary Order of Forfeiture and for an Order to Return Property [30]. Having reviewed the Government's motion, this Court finds that it is well taken and should be GRANTED. In support of its Order, finds as follows:

The Court entered an Agreed Preliminary Order of Forfeiture [20] on July 13, 2021, forfeiting **One (1) Ruger LC9 Pistol CAL: 9, Serial No. 323-97562 (21-ATF-010184)** and **Eight (8) Rounds Winchester-Western Ammunition, CAL: 9 (21-ATF-010185)**, hereafter, the "**Subject Property**," to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Because the United States has determined that the rightful owner of the **Subject Property** was the Claimant, Tamatha Wood, it seeks an Order vacating the Agreed Preliminary Order of Forfeiture [20] and an Order to return the **Subject Property** to its rightful owner.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the ATF shall return the **Subject Property** to its rightful owner as soon as practicable.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED, ADJUDGED, AND DECREED this __4th__ day of February 2022.

                                                s/David Bramlette
                                                UNITED STATES DISTRICT JUDGE